IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   CASE NO. 1:08-cv-00077-MP-AK

1981 CESSNA 404 AIRPLANE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 7, Motion to Stay, filed by the United States of America. The defendant property is named in a pending criminal case, 1:08-cr-00010-SPM-AK. The Government has represented that the issue of forfeiture will likely be resolved in that case and that no claims to the defendant property have been filed. Upon consideration, the Court finds that a stay is necessary to protect the Government's ability to prosecute the underlying criminal case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 7 is GRANTED. Pursuant to 18 U.S.C. § 981(g), the proceedings are stayed until such time as the pending criminal matter in which the defendant property is named is resolved. The clerk is directed to stay the proceedings in accordance with this Order.

**DONE AND ORDERED** this __17th__ day of September, 2008

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge