IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                CASE NO. 1:08-cv-00077-MP-AK

1981 CESSNA 404 AIRPLANE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion to Dismiss by United States of America, Doc. 11. As stated in the motion, the criminal defendant associated with the above airplane has been found guilty and has stipulated to the forfeiture of the plane and the disposition of the property in the criminal case, 1:08-cr-10-SPM/AK. The motion to dismiss is GRANTED. This case is DISMISSED WITHOUT PREJUDICE, each party bearing its own costs and fees.

**DONE AND ORDERED** this __9th__day of August, 2010

                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge